1
2
3
4
5
6
7
8

9              UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12   DARCY CORNWELL,                    Case No.: EDCV11-00833 VBF (OPx)

13          Plaintiff,                  [Assigned to the Honorable Valerie
                                        Baker Fairbank as of May 31, 2011]
14      vs.

15                                      **JUDGMENT OF DISMISSAL OF**
     WELLS FARGO BANK, N.A.;            **DEFENDANT WACHOVIA**
16   WACHOVIA MORTGAGE                  **MORTGAGE, a division of WELLS**
     CORPORATION; CA:-WESTERN           **FARGO BANK, N.A.**
17   RECONVEYANCE CORPORATION;
     WORLD SAVINGS BANK FSB, and
18   DOES 1-100, Inclusive,
19
20          Defendants.

21          On August 29, 2011, this Court entered an Order granting the motion of

22   defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by

23   merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia

24   Mortgage, FSB, formerly known as World Savings Bank, FSB (sued herein as

25   "Wells Fargo Bank, N.A.; Wachovia Mortgage Corporation; World Savings Bank,

26   FSB") ("Wachovia") to dismiss the Complaint, pursuant to Rule 12(b)(6) of the

27   Federal Rules of Civil Procedure.  In accordance with that Order:

28

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.    Defendant Wachovia is dismissed from this action with prejudice.

2.    Plaintiff Darcy Cornwell nothing from defendant Wachovia.

3.    As the prevailing party, defendant Wachovia may submit motions to tax costs and to recover reasonable attorneys' fees.

IT IS SO ORDERED.

Dated:  November 10, 2011

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE